| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lourie, Alan D | U.S. Ct of Appeals-Fed Circuit | 03/12/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Howard T. Markey Nat Cts Bldg 717 Madison Place NW Washington, DC 20439 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Member | Temple Law School Board of Visitors |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/6/90 | GlaxoSmithKline, successor to former employer, provides pension and retiree group health and life insurance |
| 2. | |
| 3. | |

RECEIVED 2006 MAR 20 P 1: FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-Dec | GlaxoSmithKline pension | $ 88273 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Practising Law Institute | New York, New York, July 20, plane and taxi fare for bar meeting at which I spoke |
| 2. Harvard Law School | Cambridge, Mass. Oct. 18-19, hotel, planefare, and meals for intellectual property law conference at which I spoke |
| 3. Intellectual Property Owners Foundation | Washington, DC. Oct. 23-26, several meals at international judges conference |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D | 03/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D | 03/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard Tax Exempt MM Fund 1 | D | Dividend | O | T | | | | | |
| 2. Vanguard Tax Exempt MM Fund 2 | A | Dividend | K | T | | | | | |
| 3. Franklin Templeton Mutual Shares Fund | D | Dividend | M | T | | | | | |
| 4. Vanguard Health Care Fund | D | Dividend | M | T | | | | | |
| 5. T Rowe Price Cap Appreciation Fund | B | Dividend | K | T | partial sale | 2/22 | L | | see VIII |
| 6. Vamguard Windsor II Fund | C | Dividend | L | T | | | | | |
| 7. Vanguard Intermed Tax Exempt Fund | D | Dividend | N | T | | | | | |
| 8. Vanguard High Yield Corp Fund | D | Dividend | | | buy | 3/2 | J | | |
| 9. | | | | | sell | 10/17 | M | | see VIII |
| 10. Vanguard ST Bond Index Fund | A | Dividend | M | T | buy | 10/17 | M | | |
| 11. TIAA-CREF | B | Interest | K | T | rollover *partial* | 3/1 | J | | see VIII |
| 12. PNC Bank, formerly Riggs, checking account | A | Interest | K | T | | | | | |
| 13. US Treasury Notes | A | Interest | L | T | | | | | |
| 14. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 15. Vanguard Extended Market Index Fund | C | Dividend | N | T | | | | | |
| 16. Vanguard Global Equity Fund | C | Dividend | M | T | | | | | |
| 17. Fidelity Dividend Growth Fund | | None | | | sell | 8/1 | M | E | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,500 - $5,000 D =$5,001 - $15,000 E =$15,000 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000 R =Cost (Real Estate Only) P4 =More than $50,000,000 T =Cash Market
   (See Column C2) Q =Appraisal S =Assessment
   U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D | 03/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Cap Appreciation Fund | A | Dividend | L | T | buy | 8/1 | L | | |
| 19. Fidelity Value Fund | A | Dividend | L | T | buy | 8/2 | L | | |
| 20. Vanguard Internat Explorer Fund | C | Dividend | K | T | | | | | |
| 21. Vanguard European Fund | B | Dividend | L | T | | | | | |
| 22. Vanguard Ltd Term Tax Exempt Fund 1 | D | Dividend | | | sell | 11/21 | O | A | |
| 23. Vanguard Ltd Term Tax Exempt Fund 2 | E | Dividend | O | T | | | | | |
| 24. T Rowe Price Tax Free IM Bond Fund | C | Dividend | M | T | buy | 2/22 | L | | |
| 25. Vanguard Midcap Index Fund | | None | | | sell | 3/22 | L | E | |
| 26. Vanguard Small Cap Index Fund | A | Dividend | | | sell | 3/21 | K | E | |
| 27. Vanguard Equity Income Fund | E | Dividend | M | T | partial sale | 8/18 | N | E | |
| 28. T Rowe Price Equity Income Fund | D | Dividend | M | T | | | | | |
| 29. T Rowe Price Short Term Bond Fund | E | Dividend | P1 | T | buy | 3/21 | L | | |
| 30. | | | | | buy | 3/22 | L | | |
| 31. T Rowe Price Midcap Value Fund | | None | | | sell | 3/21 | L | | see VIII |
| 32. T Rowe Price Midcap Growth Fund | | None | | | sell | 3/22 | L | | see VIII |
| 33. Vanguard ST Tax Exempt Fund 1 | D | Dividend | N | T | buy | 3/21 | K | | |
| 34. | | | | | buy | 3/22 | L | | |

1. Income Gain Codes: A =$1,000 or less, B =$1,001 - $2,500, C =$2,501 - $5,000, D =$5,001 - $15,000, E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000, G =$100,001 - $1,000,000, H1 =$1,000,001 - $5,000,000, H2 =More than $5,000,000
2. Value Codes J =$15,000 or less, K =$15,001 - $50,000, L =$50,001 - $100,000, M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000, O =$500,001 - $1,000,000, P1 =$1,000,001 - $5,000,000, P2 =$5,000,001 - $25,000,000
3. Value Method Codes P3 =$25,000,001 - $50,000,000, R =Cost (Real Estate Only), P4 =More than $50,000,000, T =Cash Market
(See Column C2) Q =Appraisal, V =Other
U =Book Value, S =Assessment, W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D | 03/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | buy | 4/21 | M | | |
| 36. Vanguard ST Tax Exempt Fund 2 | C | Dividend | N | T | buy | 8/18 | N | | |
| 37. Trust 1 (3 items) | | | | | | | | | |
| 38. Vanguard Money Market Fund | A | Dividend | K | T | | | | | |
| 39. Vanguard High Yield Corp Fund | B | Dividend | | | sell | 10/13 | L | A | |
| 40. PNC Bank, formerly Riggs, 2 checking accounts | | None | J | T | | | | | |
| 41. Trust 2 (2 items) | | | | | | | | | |
| 42. PNC Bank, formerly Riggs, checking account | | None | J | T | | | | | |
| 43. Vanguard Tax Exempt Money Market Fund | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 – $2,500 | C =$2,501 – $5,000 | D =$5,001 – $15,000 | E =$15,000 – $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 – $100,000 | G =$100,001 – $1,000,000 | H1 =$1,000,001 – $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 – $50,000 | L =$50,001 – $100,000 | M =$100,001 – $250,000 | |
| (See Columns C1 and D3) | N =$250,001 – $500,000 | O =$500,001 – $1,000,000 | P1 =$1,000,001 – $5,000,000 | P2 =$5,000,001 – $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 – $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D | 03/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Items 5, 9, 11, 31, and 32 in Part VII do not provide gains in D4, because they were within an IRA or a rollover so that there was no recognized gain.

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D | 03/12/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D | 03/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date __3/12/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544